IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY J. TURLEY, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Case No.  01-188-MJR |
| ROGER COWAN, et al., | ) |
| Defendants. | ) |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

Before the Court is plaintiff's motion for a preliminary injunction (Doc. No. 86).  In order to establish that he is entitled to a preliminary injunction, Turley must show that he has some likelihood of success on the merits of his claim, that he does not have an adequate remedy at law, and that he will suffer irreparable harm if the injunction is not granted.  *Storck USA, L.P. v. Farley Candy Co.*, 14 F.3d 311, 313-314 (7th Cir. 1994).  Injunctive relief must be narrowly drawn, extend no further than necessary to correct the harm, and be the least intrusive means necessary to correct the harm.  18 U.S.C. § 3626(a)(2).

Plaintiff is confined to the segregation unit at Menard Correctional Center, where he has limited access to personal property and legal materials.  He believes that a recent decision to change his housing assignment is retaliatory.  He claims that he was assaulted, threatened and intimidated.  He seeks an order directing the United States Attorney to investigate the offensive conduct and prosecute any violations of state and federal laws.

Plaintiff has failed to establish the elements for preliminary injunctive relief.

IT IS RECOMMENDED that plaintiff's motion (Doc. No. 86) be DENIED.

DATED:    November 29, 2005   .

   S/Philip M. Frazier
PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE